**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **PATRICK DESMOND JACKSON,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:24-cv-** |
| | § | |
| **HOUSTON POLICE DEPARTMENT,** | § | |
| *Defendant*. | § | |

**DEFENDANT HOUSTON POLICE DEPARTMENT'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendant Houston Police Department ("Defendant") files this their Notice of Removal. In support of said notice, Defendant would respectfully show the Court as follows:

**I.        Local Rule - 81**

1.        Pursuant to Local Rule 81 for the Southern District of Texas, attached are the following:

- Exhibit 1: Plaintiff's Original Petition filed in State Court Action.
- Exhibit 2: Plaintiff's Exhibit 1 filed in State Court Action.
- Exhibit 3: Plaintiff's Exhibit 2 filed in State Court Action
- Exhibit 4: Copy of current docket sheet in the State Court Action.
- Exhibit 5: Copies of notices of receipt of service of process in the State Court Action as of the date of this Notice of Removal.
- Exhibit 6: Index of matters being filed.
- Exhibit 7: List of all parties of record.

**II.        STATE COURT ACTION**

On or about October 23, 2024, Plaintiff, Patrick Desmond Jackson commenced a civil action in the 269th Judicial District Court of Harris County, Texas, by filing Plaintiff's Original Petition bearing the caption *Patrick Desmond Jackson vs. Houston Police Department*. Attached

to the Complaint was Exhibit 1, a Federal Complaint form, and Exhibit 2, Cause No. 2347661 documents. Plaintiff's Original Petition and exhibits raise a federal cause of action, excessive force and unlawful incarceration pursuant 42 U.S.C. §1983. *See* Ex. 1 at pg. 3. Accordingly, the Defendant removes this case and invokes this Court's federal question subject matter jurisdiction.

### III.   GROUNDS FOR REMOVAL

**Federal Question Jurisdiction**

4.   The district courts of the United States have original jurisdiction over this action on the federal questions presented in Plaintiff's petition; namely, the alleged violations of the amendments of the U.S. Constitution. *See* Ex. 1 at 3.

5.   Original jurisdiction over such matters is conferred upon federal district courts by 28 U.S.C. §1331, which states that "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. §1331; *see also* 28 U.S.C. §§1441(a)-(b), 1443. In addition to the original jurisdiction granted by 28 U.S.C. §1331, the Court likewise has pendant jurisdiction over all of Plaintiff's state law claims pursuant to 28 U.S.C. §1367. Therefore, removal of this action is proper.

**Venue**

6.   Venue is proper in this district and division because the State Court Action is pending in Harris County, Texas, which is located within the Southern District of Texas, Houston Division. *See* 28 U.S.C.§1441(a). Venue is also proper in this district and division under 28 U.S.C. § 1443 because this is a civil action for an act under color of authority derived from a law providing for equal rights and because Plaintiff commenced this proceeding in a State court in this district and division. Additionally, venue is proper in this district and division because a substantial part

of the events or omissions giving rise to Plaintiff's claim occurred, if at all, in this judicial district. 28 U.S.C. § 1391(b).

**Removal is Timely**

7.     The Houston Police Department has 30 days for notice of removal after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. *See* 28 U.S.C. §1446(b)(1). Defendant was served with Plaintiff's Original Petition on October 29, 2024. This Notice of Removal is filed within 30 days of the Defendant's receipt of Plaintiff's Original Petition and is therefore timely filed under 28 U.S.C. §1446(b)(1).

**Consent Required**

8.     According to the state court record, there are no other named defendants therefore consent to removal is not required from any other named defendant. 28 U.S.C. § 1446(b)(2)(A). The Defendant has fulfilled all procedural requirements to timely remove the State Court Action.

**Notice Given**

9.     Simultaneously with the filing of this removal, notice will be given to Plaintiff and all parties who have appeared via their attorneys of record, if any. Additionally, a copy of this Notice of Removal will be filed with the Clerk of the District of Harris County, Texas in the State Court Action under Cause #2024-73713.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant Houston Police Department pursuant to these statutes and in conformance with the requirements of 28 U.S.C. §1446, removes this action from the 269th Judicial District Court of Harris County, Texas (Cause #2024-73713) to the United States District Court for the Southern District of Texas, Houston Division.

3

Respectfully submitted,

**ARTURO G. MICHEL**
**City Attorney**

CHRISTY MARTIN
Chief, Torts & Civil Rights Section

Date: November 25, 2024.    By: */s/ Michelle C. Taylor*

Michelle C. Taylor
Sr. Assistant City Attorney
ATTORNEY IN CHARGE
SBN: 224060889
FBN: 3773284
832.393.6248
Michelle.Taylor2@houstontx.gov
CITY OF HOUSTON LEGAL DEPARTMENT
900 Bagby, 4th Floor
Houston, Texas 77002
832.393.6259 Facsimile

***Attorneys For Defendant***

4

## **CERTIFICATE OF SERVICE**

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon all parties of record via certified mail on November 25, 2024, to:

Patrick Demond Jackson
10950 Beaumont
Houston, TX 77078

*/s/ Michelle C. Taylor*
Michelle C. Taylor