# Exhibit 1

Patrick Demond Jackson
vs.
Houston Police Department

2024 73713

District Clerk Office
Room 269th
Judicial District
Harris County

# Hi Legal Law Civil Court Petition Claim

**FILED**
Marilyn Burgess
District Clerk
OCT 23 2024
Time: 11:30 am
Harris County, Texas
By: _____ Deputy
10-23-24

Deadly Force Houston Police officer's Hate crime unlawfully Arrest, Ignorance Professional Law Policie's sun clear Light §§

Deadly Force conduct unlawfully Arrest §§3.23 Houston Police officer's have no power to Justify handcuffing unless Action's Amounted to a Dangerous Felony crime inn clear Sun light Red line's Texas State Law §§42.01, §§354

Misuse Houston Police officer's order's Murder Deadly Force Texas State Law §§39.06, §§22.05 Wrongfully Houston Police's custody Arrest Murder Deadly Force Texas State Law §§19.02, §§9.04

United State Constitutional Law Houston Police officer's wrongfully Murder Deadly Force, and Gun Point §§941, §§415, §§416, §§417

Texas Government Law camera's X-Ray View See Houston Police officer's Deadly Force Murder

Sincerely
Patrick Demond Jackson
Patrick Demond Jackson

October 23 2024
DATE

Granted _____

Address is 10950 Beaumont
Houston, Texas 77078
Phone: 832-371-1114

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of Imaging.

For Official Governmental Use Only - Do Not Disseminate to the Public: M215710 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   November 8, 2024

Certified Document Number:     117215710 Total Pages: 1

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**